IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| EARL STEPHENSON, | ) | |
| CURTIS DINKINS, | ) | |
| STEVEN WILSON, | ) | |
| and | ) | |
| CHARLES FEAGIN, | ) | |
| on behalf of themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14cv485 |
| | ) | |
| DLP ENTERPRISES, INC., | ) | |
| d/b/a PAIGE DECKING, | ) | |
| SCOTT PAIGE, | ) | |
| and | ) | |
| DENISE PAIGE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Earl Stephenson, Curtis Dinkins, Steven Wilson, and Charles Feagin, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants DLP Enterprises, Inc., d/b/a Paige Decking, Scott Paige, and Denise Paige (collectively, "the Parties"), by counsel, respectfully move the Court for approval of the settlement agreed to in this case under the supervision of United States Magistrate Judge Krask at a Judicial Settlement Conference on the grounds set forth in the accompanying brief filed contemporaneously herewith.

A proposed order is attached.

This the 14th day of November, 2016.

                                                **EARL STEPHENSON, CURTIS DINKINS,
STEVEN WILSON, and CHARLES FEAGIN
on behalf of themselves and all others similarly
situated,**

 

/s/
———————————————
Counsel

James R. Theuer (VSB #68712)
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com

/s/
———————————————
Counsel

Lisa Ann Bertini (VSB #29660)
Andrea Ruege (VSB #86493)
Bertini Law PC
5712 Cleveland St., Suite 140
Virginia Beach, VA 23462
Tel: (757) 222-9165
Fax: (757) 222-6101
lbertini@bertinilawfirm.com
aruege@bertinilawfirm.com

*Attorneys for Plaintiffs
         and all others similarly situated*

**DLP ENTERPRISES, INC. d/b/a PAIGE DECKING; SCOTT PAIGE; and DENISE PAIGE**

/s/
———————————————
Counsel

Anne G. Bibeau (VSB #41488)
VANDEVENTER BLACK LLP
500 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670

2

abibeau@vanblk.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Anne G. Bibeau, Esq.
        VANDEVENTER BLACK LLP
        101 W. Main St.
        500 World Trade Center
        Norfolk, VA  23510
        abibeau@vanblk.com
        *Counsel for Defendants*


        _____/s/_____
        James R. Theuer (VSB #68712)
        Attorney for Plaintiffs
            and all others similarly situated
        JAMES R. THEUER, PLLC
        555 E. Main St., Suite 1212
        Norfolk, VA  23510
        Tel: (757) 446-8047
        Fax: (757) 446-8048
        jim@theuerlaw.com