# SETTLEMENT TERM SHEET

The parties agree to resolve the matter of Stephenson, et al. v. DLP Enterprises, Inc., et al., no. 2:14cv485, on the following terms, subject to the approval of the Court:

1. DLP shall pay the Named Plaintiffs the amount of $80,000 to be allocated as directed by the Named Plaintiffs. ½ of each payment to each Named Plaintiff shall be characterized as unpaid wages, ½ as liquidated damages.

2. DLP shall pay Plaintiffs' counsel $100,000 for fees and costs. The payment shall be paid ¼ to Bertini Law and ¾ to James R. Theuer, PLLC.

3. DLP shall pay the Opt-In Plaintiffs the amount of $8,000 to be allocated as directed by the Named Plaintiffs. ½ as unpaid wages, ½ as liq damp.

4. The parties shall file a Joint Motion for Approval of the Settlement, to be drafted initially by Plaintiffs' counsel for review by Defendants' counsel on or before November 14, 2016 (to be filed).

5. No admission of liability/wrongdoing.

Dated 10/26/16

_[signatures]_

Earl Stephenson         Charles Feagin         Scott Paige

Curtis Mukins          James R. Theuer        Denise Paige

Steven Wilson          Lisa Bertini           Anne BiLean