# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, December 13, 2016

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Janet Collins, OCR

| Set: 10:00 a.m. | Started: 10:05 a.m. | Ended: 10:20 a.m. |
|---|---|---|

Case No. 2:14cv485

**Earl Stephenson, et. al.**

v.

**DLP Enterprises, Inc., et. al.**

Attorneys James Theuer and Lisa Bertini appeared on behalf of the plaintiffs.

Attorney Anne Bibeau appeared on behalf of the defendants.

Matter came on for hearing re: #74 Joint Motion for Settlement Approval.

Comments of the Court.

Court will allow opt in plaintiffs subject to defendants #71 Motion for Summary Judgment to stay in the case.

Court DIRECTS counsel for the plaintiffs to file affidavits as to reasonableness of hourly rate within the next 10 days.

Court Defers ruling on #74 Joint Motion for Settlement Approval pending receipt of the affidavits.

Court adjourned.